# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| *In re: Santa Fe Natural Tobacco Company Marketing and Sales Practices & Products Liability Litigation* | No.: 1:16-md-02695-JB-LF <br><br> This Submission Relates To All Actions |

## NOTICE OF WITHDRAWAL

Jon G. Heintz hereby withdraws as counsel for Defendants Santa Fe Natural Tobacco Company, Inc., Reynolds American Inc., and R.J. Reynolds Tobacco Company. Other counsel of record for Defendants continue to maintain their appearances.

Dated: March 7, 2024

Respectfully submitted,

/s/ *Jon G. Heintz*
Jon G. Heintz (*pro hac vice*)
JONES DAY
51 Louisiana Ave., N.W.
Washington, DC 20001
T: 202-879-3819
F: 202-626-1700
E: jheintz@jonesday.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 7, 2024, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: March 7, 2024

Respectfully submitted,

/s/ *Michael F. Stoer*
Michael F. Stoer (*pro hac vice*)
JONES DAY
1221 Peachtree St., NE, Suite 400
Atlanta, GA 30361
T: 404.581.8774
F: 404.581.8330
E: mstoer@jonesday.com

*Counsel for Defendants*